UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 19 CR 692 |
| v. ) | |
| ) | Honorable Robert M. Dow, Jr. |
| JESSICA NESBITT ) | District Judge |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 1, 2019, at 9:15 a.m., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Robert M. Dow, Jr. in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the Motion For Entry Of Unopposed Protective Order Governing Discovery in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Devlin N. Su*
DEVLIN N. SU
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-0667

Dated: September 24, 2019