Services    Publications/Forms    Departments    News    Contact

Office of the Secretary of State Jesse White



## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 68330718 |
| Entity Name | SELECTIVE MANAGEMENT ENTERPISES INC. |
| Status | ACTIVE |

### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Tuesday, 7 February 2012 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | USCA |
| Address | 500 N MICHIGAN AVE STE 600<br>CHICAGO , IL 60611 |
| Change Date | Thursday, 13 February 2014 |

### Annual Report

| | |
|---|---|
| Filing Date | Sunday, 6 January 2019 |
| For Year | 2019 |

### Officers

| | |
|---|---|
| President<br>Name & Address | USCA 500 N. MICHIGAN AVE STE 600, CHICAGO, IL 60611 |
| Secretary<br>Name & Address | |

Return to Search

(One Certificate per Transaction)

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office