*Exhibit B*

01/06/2020

Attn: SA Russ Jewell

FBI-Chicago

The following information below pertains to the subpoena request for records to the following advertisements listed on SexyJobs.com:

Job ID# 69894

Job ID# 69893

Name on account: Jessica L. Nesbitt

Billing Address: 2452 W. Augusta Blvd Chicago, IL 60622

Date account opened: 1/26/2016

Phone # on account:

Emails on account:

Credit card used to open account 1/26/16: Card Number:            Card Expiration: 11/19

Most recent card used on account 11/11/19: Card Number:            Card Expiration: 05/23

IP Address: 98.206.39.152

Ad content for Job ID 69894:

*Now hiring fetish friendly staff to work at our members only club in Chicago. The Premier Playhouse was designed for the kink friendly and has been providing legal fun for 10+ years. We need charming, classy individuals who love the spot light and who can welcome curious newcomers and seasoned Kinksters to our incredible and luxurious 5 floor playhouse. We need staff to monitor events & parties, give guided tours, manage KinkBNB room rentals, teach kinky group classes, and more. Apply today!*

Ad Content for Job ID 69893:

*Now hiring fetish friendly staff to work at our members only club in Chicago. The Premier Playhouse was designed for the kink friendly and has been providing legal fun for 10+ years. We need charming, classy individuals who love the spot light and who can welcome curious newcomers and seasoned Kinksters to our incredible and luxurious 5 floor playhouse. We need staff to monitor events & parties, give guided tours, manage KinkBNB room rentals, teach kinky group classes, and more. Apply today!*

Both ads were last updated by the account holder on 12/26/19.