*Exhibit C*



Legal Response Center
1800 Bishops Gate Boulevard
Mount Laurel, NJ 08054
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

January 14, 2020

SA Russell Jewell
Federal Bureau of Investigation
2111 West Roosevelt Road
Chicago, Illinois (IL) 60608

RE:   Subpoena
      Comcast File #: LCR469679

Dear SA Jewell:

The Subpoena received on 01-08-2020 with respect to the above referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP Address: 98.206.39.152 assigned from 12-01-2019 to date of Subpoena, 1-7-2020 at 00:00:00.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained is provided below:

| | |
|---|---|
| Subscriber Name: | JESSICA NESBITT |
| Service Address: | |
| | CHICAGO, IL 606183753 |
| Telephone #: | 0 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8771300511095345 |
| Start of Service: | Unknown |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| E-mail User Ids: | 45 |
| | (the above user ID(s) end in @comcast.net) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,
Comcast Legal Response Center

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, __Joseph Krzysiak__, am employed by
　　　　　(name)
__Comcast__.
(name of entity)

My official title is __Legal Specialist II__. As part of my duties as a
　　　　　　　　　　　(title)

__Legal Specialist II__, I am familiar with the records that __Comcast__,
　　(title)　　　　　　　　　　　　　　　　　　　　　　　　　　(name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __Comcast__ in the ordinary course of its
　　　　　　　　　　　　　　　(name of entity)
business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __Comcast__:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(name of entity)

*List documents*  Comcast File LCR 469679

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

__[signature]__  electronically signed
Signature

Executed on this __14__ day of __January__, __2020__.
　　　　　　(day)　　　　(month)　　　　(year)

at __Mt. Laurel, New Jersey__.
　　(city)　　　　　(state)