IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 692 |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| JESSICA NESBITT | ) | |

**UNOPPOSED ORDER REGARDING MODIFICATION OF BOND CONDITIONS TO PERMIT TRAVEL FOR FAMILY VACATIONS**

This matter coming to be heard on oral motion of the defendant, with the government and Pretrial Services having been consulted regarding the same, this Court having jurisdiction and being fully advised in its premises; it is hereby ordered that Ms. Nesbitt is permitted to travel, with her son, as follows:

a. To Washington D.C., Maryland, and Virginia from July 15, 2020 to July 26, 2020. They will be staying in Annapolis, Maryland in a home rental on the Chesapeake Bay but will visit family in the general surrounding area.

b. To Wilmington, North Carolina to visit Ms. Nesbitt's grandmother from August 21, 2020 to September 3, 2020. They will likely visit both South Carolina and North Carolina.

c. Ms. Nesbitt will apprise Pretrial Services of her whereabouts as Pretrial Services directs.

d. Ms. Nesbitt will submit flight and hotel information to Pretrial Services within 24 hours of each departure.

ENTERED:

_____ 6/9/20\_\_
HONORABLE ROBERT M. DOW, JR.
UNITED STATES DISTTRICT COURT JUDGE

Prepared by:
Sheppard Law Firm, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, IL 60601
(312) 443-1233
adam@sheppardlaw.com      Dated: June 2, 2020