# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                   Case No.: 1:19−cr−00692
                                                  Honorable Robert M. Dow Jr.

Jessica Nesbitt

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Unopposed motion to continue status date to July 20 and waive Defendant's appearance [62] is granted. Status hearing is reset to 7/20/2020 at 9:00 a.m. and will be by telephone. Time under the Speedy Trial Act is excluded through 7/20/2020 without objection and in the interest of justice. Counsel should use the Court's toll−free call−in number 877−336−1829, access code is 6963747. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.