IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 692 |
| v. ) | |
| ) | Hon. Robert M. Dow, Jr. |
| JESSICA NESBITT ) | |

**DEFENDANT'S MOTION FOR A BILL OF PARTICULARS**

Defendant, JESSICA NESBITT, through her attorney, Sheppard Law Firm, P.C. respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 7(f), to direct the government to supply the following particulars in reference to the indictment filed in the above-captioned case:

1. The clients – Client A, B, C, or D – and employees – Individual A, B, C, D, or E – allegedly involved in the prostitution offenses alleged in counts 2-8.

2. The dates of the alleged "acts" in counts 2-8 which defendant allegedly performed after using a facility in interstate commerce.

3. A description of the "acts," alleged in counts 2-8, which defendant allegedly performed after using a facility in interstate commerce.

WHEREFORE, defendant moves this Court for the relief described above and attaches a memorandum of law in support thereof.

Respectfully submitted:

  /s/ Adam J. Sheppard
Attorney for Defendant

BARRY SHEPPARD / ADAM SHEPPARD
SHEPPARD LAW FIRM, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on July 15, 2020 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

   /s/ Adam J. Sheppard  
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.  
BARRY SHEPPARD / ADAM SHEPPARD  
180 N. LaSalle Street, Suite 2510  
Chicago, Illinois 60601  
(312) 443-1233  
adam@sheppardlaw.com  
Adam Sheppard IL Bar. No. 6287375