**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States Of America | ) | |
| Plaintiff | ) | Case No: 19 CR 692 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Jessica Nesbitt | ) | |
| Defendant | ) | |

**ORDER**

Motion hearing held on 8/3/20 as to Defendant Jessica Nesbitt. Defendant, through counsel, and the Government express their agreement to hold this hearing by telephone. Defendant's Motion To Rent Out The Residence at 2452 W. Augusta In A Manner Which Pretrial Services Approves, Docket entry [68] is denied. Taking into consideration Ms. Nesbitt's prior violation of conditions of release, the Court finds that the government's request to obtain the names of prospective renters is reasonable. Weighing the privacy interests of the perspective renters and Ms. Nesbitt's interest in renting out the property, while taking into consideration the Government's lien on the property, the Court hereby orders that Ms. Nesbitt must provide to the Government the names of any perspective renters at least five days prior to the commencement of occupancy. The Government may cross reference the list of perspective renters against the former client list of Ms. Nesbitt and against any publicly available database. Prior to seeking court intervention on any perspective renter, the government shall contact Ms. Nesbitt's attorney and attempt a resolution without court intervention. Defendant's current bond conditions to stand.

(T:00:45)

Date: August 3, 2020

_____
Magistrate Judge Maria Valdez