UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 692 |
| v. ) | |
| ) | Honorable Robert M. Dow, Jr. |
| JESSICA NESBITT ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report:

1. The government has produced Rule 16 discovery and the defense and government are conferring as to the defense's request for unredacted discovery material.

2. There are three motions pending: R. 66., R. 67., R. 69.

3. The parties will be conferring as to the manner in which the case is expected to proceed towards resolution.

4. Based on the foregoing, the parties suggest a 30 to 45 day status date in this cause.

5. The defense agrees to the exclusion of time based on the foregoing.

Dated: October 5, 2020 Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Erika Csicsila*
ERIKA CSICSILA
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-0667


JESSICA NESBITT

By: */s/ Adam Jordan Sheppard*
ADAM JORDAN SHEPPARD
BARRY DAVID SHEPPARD
Sheppard Law Firm, P.C.
180 N. LaSalle, Suite 2510
Chicago, IL 60601
(312) 443-1233

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing status report was served on October 5, 2020 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

  /s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
Adam Sheppard IL Bar. No. 6287375