UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CR 692 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA NESBITT | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO PERMIT DEFENDANT TO TRAVEL TO NORTH CAROLINA TO SER HER GRANDMOTHER BETWEEN JANUARY 20 AND JANUARY 24, 2021**

NOW COMES Defendant JESSICA NESBITT, by and through her attorney, Sheppard Law Firm, P.C., and pursuant to Title 18, United States Code, Section 3142(c)(3), and moves this Honorable Court to modify the conditions of her pretrial release to permit her to travel to North Carolina to see her grandmother between January 20 and January 24, 2021 at her grandmother's residence, the address of which has been previously disclosed to the Government and Pretrial Services. In support thereof, defendant stats as follows:

1. The government and pretrial services have been consulted regarding this motion and there is no objection.

2. Defendant has been compliant with the conditions of her bond.

3. Defendant has taken steps to ensure responsible travel *vis-a-vi* Covid-19, including testing.

WHEREFORE, based on the foregoing, defendant moves this Court to enter the attached order on defendant's unopposed motion to travel to North Carolina.

Respectfully submitted:

/s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on January 19, 2021 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
Adam Sheppard IL Bar. No. 6287375