UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 19 CR 692 |
| v. | ) ) | |
| JESSICA NESBITT | ) ) | Honorable Robert M. Dow, Jr. |
| Defendant. | ) ) | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO PERMIT TRAVEL TO NORTH CAROLINA TO SEE HER GRANDMOTHER BETWEEN JANUARY 20 AND JANUARY 24, 2021**

Upon oral motion of the Defendant, the Government having no objection to the terms set forth below, pursuant to 18 U.S.C. § 3142(c)(3), it is hereby

ORDERED:

Ms. Nesbitt is permitted to travel to North Carolina to see her grandmother between January 20 and January 24, 2021 at her grandmother's residence, the address of which has been previously disclosed to the Government and Pretrial Services. Defendant will continue to report to Pretrial Services as directed.

ENTER:

_____
Honorable Robert M. Dow, Jr.
District Court Judge
United States District Court
Northern District of Illinois

Dated: 1/19/2021