IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 692 |
| v. ) | |
| ) | Hon. Robert M. Dow, Jr. |
| JESSICA NESBITT ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL TO SEE HER GRANDMOTHER IN NORTH CAROLINA BETWEEN JULY 31 AND AUGUTS 8, 2021**

Now Comes Defendant, JESSICA NESBITT, by and through her attorney, SHEPPARD LAW FIRM, P.C., and, pursuant to 18 U.S.C. § 3142(c)(3), respectfully moves this Honorable Court to authorize her to travel to North Carolina between July 31 and August 8, 2021, to see her grandmother. In support thereof, defendant states as follows:

1. Defendant has consulted with the government and Pretrial Services regarding this motion and there is no objection. Defendant has provided the government and Pretrial Services her grandmother's address where she will be staying.

2. Defendant is compliant with the conditions of her bond.

3. Ms. Nesbitt will be travelling with her son and her parents will be meeting them in North Carolina as well.

WHEREFORE, defendant moves for the authority to travel as described above.

Respectfully submitted:

/s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar no. 628

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on June 10, 2021 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 606
(312) 443-1233
Adam Sheppard IL Bar. No. 6287375


adam@sheppardlaw.com