UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 692 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| JESSICA NESBITT ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report:

1. The parties are engaged in negotiations regarding the potential disposition of this case, with substantial progress having been made since the last court date. More specifically, the parties have recently conferred on the applicable sentencing guidelines calculations and with respect to forfeiture of certain real property. However, counsel for the government is currently on trial, and expects to be engaged with that trial through at least October 28, 2022, impacting the timeline for continued negotiations.

2. The parties would like additional time to further continue plea negotiations, and thus the parties suggest a status hearing in approximately 30 days. Defense counsel does not anticipate a trial in this matter.

3. For speedy trial purposes, defendant has no objection to the exclusion of time through the next status date.

Dated: October 19, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     */s/ Erika Csicsila*
ERIKA CSICSILA
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5370

JESSICA NESBITT

By:     */s/ Adam Sheppard*
ADAM SHEPPARD
SHEPPARD LAW FIRM, P.C.
180 N. LaSalle, Suite 2510
Chicago, IL 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar No. 687375

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing joint status report was served on October 19, 2022, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Adam J. Sheppard
An Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
IL Bar. No. 6287375