IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 692 |
| v. | ) | |
| | ) | Judge Kennelly |
| JESSICA NESBITT | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL
TO NORTH CAROLINA BETWEEN
FEBRUARY 8 AND FEBRUARY 14, 2023**

Now Comes Defendant, JESSICA NESBITT, by and through her attorney, SHEPPARD LAW FIRM, P.C., and, pursuant to 18 U.S.C. § 3142(c)(3), respectfully moves this Honorable Court to authorize her to travel to North Carolina between February 8 and February 14, 2023, to see her grandmother. In support thereof, defendant states as follows:

1. Defendant has consulted with the government and Pretrial Services regarding this motion and there is no objection. Defendant has provided the government and Pretrial Services her grandmother's address where she will be staying.

2. The contemplated flight on February 8 would be subsequent to the change of the plea hearing on that date.

3. Ms. Nesbitt has previously been granted permission to travel to North Carolina to see her grandmother and remained compliant with the conditions of bond on those occasions.

WHEREFORE, defendant moves for temporary modification of her conditions of bond to permit the travel described above.

Respectfully submitted:

<u>/s/ Adam J. Sheppard</u>
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 60601
(312) 443-1233
adam@sheppardlaw.com
IL Bar no. 6287375

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on January 31, 2023 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

  /s/ Adam J. Sheppard
Attorney for Defendant

SHEPPARD LAW FIRM, P.C.
BARRY SHEPPARD / ADAM SHEPPARD
180 N. LaSalle Street, Suite 2510
Chicago, Illinois 606
(312) 443-1233
Adam Sheppard IL Bar. No. 6287375
adam@sheppardlaw.com